Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
          spope@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY SIMS,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendant. | Case No.  2:25-cv-02585-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed:  December 23, 2025 |

It is hereby stipulated by and between Plaintiff Kimberly Sims ("Plaintiff"), through her attorney, Consumer Justice Law Firm PLC, and Defendant Experian Information Solutions, Inc. ("Experian"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

///

///

4924-1160-2056

Plaintiff filed her Complaint on December 23, 2025. Experian was served on January 2, 2026. The deadline for Experian to respond to the Complaint is currently set for January 23, 2026. In the interest of conserving client and judicial resources, Plaintiff and Experian stipulate and agree that Experian shall have until **February 13, 2026**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow the parties to discuss settlement.

DATED January 16, 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
bolson@swlaw.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

DATED January 16, 2026.

CONSUMER JUSTICE LAW FIRM PLC

*/s/ Michael Yancey III*
Michael Yancey III (NV Bar No. 16158)
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
myancey@consumerjustice.com

*Attorneys for Plaintiff Kimberly Sims*

## ORDER

**IT IS HEREBY ORDERED** that Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or before February 13, 2026.

**IT IS SO ORDERED**.

_____
U.S. MAGISTRATE COURT JUDGE

DATED this __16th__ day of January 2026.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

- 2 -

4924-1160-2056