Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM PLC**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorney for Plaintiff*
*Kimberly Sims*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY SIMS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　　Defendant. | **Case No.: 2:25-cv-02585-JCM-EJY**<br><br>**District Judge: James C. Mahan**<br><br>**Magistrate Judge: Elayna J. Youchah**<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kimberly Sims, ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party will bear its own costs and attorney fees.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 24, 2026
_____

1

RESPECTFULLY SUBMITTED on this 22nd day of April 2026.

| **CONSUMER JUSTICE LAW FIRM PLC** | **SNELL & WILMER L.L.P.** |
|---|---|
| */s/ Michael Yancey III* | */s/ Bob L. Olson* |
| Michael Yancey III, NV Bar No. 16158 | Bob L. Olson (NV Bar No. 3783) |
| 2300 West Sahara Avenue, Suite 800 | Samuel K. Pope (NV Bar No. 16963) |
| Las Vegas, Nevada 89102 | 1700 South Pavilion Center Drive, Suite 700 |
| Phone: (480) 573-9272 | Las Vegas, NV 89135 |
| Fax: (480) 613-7733 | Telephone: (702) 784-5200 |
| Email: myancey@consumerjustice.com | Facsimile: (702) 784-5252 |
| | Email: bolson@swlaw.com |
| **CONSUMER JUSTICE LAW FIRM PLC** | |
| 8095 N. 85th Way | *Attorney for Defendant* |
| Scottsdale, AZ 85258 | *Experian Information Solutions, Inc.* |
| | |
| *Attorney for Plaintiff* | |
| *Kimberly Sims* | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Marie Tirona*
Marie Tirona